# MANDATE

E.D.N.Y.–Bklyn
16-cr-71-1
Ross, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of April, two thousand seventeen.

Present:
> Robert A. Katzmann,
>> *Chief Judge,*
> Dennis Jacobs,
> Pierre N. Leval,
>> *Circuit Judges.*

---

United States of America,

> *Appellee*,

v.                                                                                                  16-2426

Fazly Azzam,

> *Defendant-Appellant.*

---

Philip L. Weinstein, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motions are GRANTED.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/31/2017